NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERRYL D. WARREN,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3223

---

Petition for review of the Merit Systems Protection Board in case no. DE0839100139-I-1.

---

## ON MOTION

---

## ORDER

Sherryl D. Warren moves for a 60-day extension of time, until April 17, 2012, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

___FEB 2 1 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sherryl D. Warren
Nicholas Jabbour, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK